UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Joseph Spirit Cougar Lampman,

    Plaintiff,

    v.

Nicholas Deml et al.,

    Defendants.

Civil Action No. 2:24–cv–166

## **ORDER**

Plaintiff Joseph Spirit Cougar Lampman, proceeding *pro se* and *in forma pauperis*, must pay the statutory filing fee of $350.00. Lampman is obligated to make monthly payments in the amount of 20% of the preceding month's income credited to his prison trust account. The Vermont Department of Corrections is required to collect from Lampman's prison trust account each time the amount exceeds $10.00 until the filing fee is collected in full and will then forward to the Clerk of the Court. 28 U.S.C. § 1915(b)(2).

Accordingly, it is hereby ORDERED that:

The Commissioner of the Vermont Department of Corrections or his designee shall collect payments from Lampman's prison trust account and shall forward the $350.00 filing fee to the Clerk of this Court in accordance with 28 U.S.C. § 1915(b)(2) when the entire filing fee has been collected. The payments shall be clearly identified by the name and number assigned to this action.

Dated at Burlington, in the District of Vermont, this 2nd day of April 2024.

                                             */s/ Kevin J. Doyle*
                                             Kevin J. Doyle
                                             United States Magistrate Judge