U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2025 JAN 24 PM 3:50
CLERK
BY ___ DEPUTY CLERK

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2025 JAN 24 PM 3:50
CLERK
BY ___ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR The
District of Vermont

Joseph Spirit Cougar Lampman
V.
Nicholas Deml
Amy Jacobs
William Collins
Byron Burdick
Alexander Bourgeois

Case No. 2:24-cv-166

# Amended Complaint For Violation of Civil Rights

I. The Parties to This Complaint

A. The Plaintiff

Joseph Spirit Cougar Lampman
#20000215
Northern State Correctional Facility
2559 Glen Road
Newport, Vermont 05855

B. The Defendants

Defendant No. 1
Nicholas Deml
Commissioner of Corrections
VT Dept. of Corrections

NOB 2 South, 280 State Drive
Waterbury VT 05671
Individual capacity

Defendant No. 2
Amy Jacobs
Superintendent
VT Dept. of Corrections
2559 Glen Road
Newport, VT 05855
Individual Capacity

Defendant No. 3
William Collins
Volunteer Services Coordinator
VT Dept. of Corrections
2559 Glen Road
Newport, VT 05855
Individual Capacity

Defendant No. 4
Byron Burdick
Asst. Superintendent
Vt Dept. of Corrections
2559 Glen Road
Newport VT 05855
Individual Capacity

Defendant No. 5
Alexander Bourgeois
Corrections Service Specialists
VT Dept. of Corrections
2559 Glen Road
Newport, VT 05855
Individual capacity

II Basis for Jurisdiction
Under 42 USCS § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and federal laws.

This is a civil action authorized by 42 USCS §1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 USCS §§ 1331 and 1343 (a)(3). Plaintiff Joseph Spirit Cougar Lampman seeks injunctive relief and damages of the amont of $3,000,000.00

III STATEMENT OF FACTS
I Joseph Spirit Cougar Lampman am a direct decendent and citizen of the Missisquoi, St. Francis-Sokoki band of

the Abenaki Native American Indian Tribe here in Vermont.

I am an inmate in the custody, control, and care of the Commissioner of the Department of Corrections. I practice the indigenous religion of my Native American Indian ancestors. Smudging, Sweat-lodge, Pipe Ceremonies, and more are fundamental to Sacred Abenaki Traditions. ~~Ceremonies~~. I cannot perform Traditional beliefs without the use of Sacred Objects to us Medicine Road people.

In the 1990's I was called to the Sacred Pipe and became a Pipe Carrier in my Tribe. In my tribe, the Pipe Carrier is a Tribal Citizen that is willing and able to carry and honor the Pipe and conduct Pipe ceremonies in accordance with traditions established by previous Abenaki Pipe Carriers. This is a position that carries great honor, respect, and responsibility.

I cannot practice my Traditional Religion because William Collins does not follow the Poly 380.01 for Native American inmates.

On Oct. 29th, 2019 I came back from Mississippi where I was able

to practice my traditional beliefs.

While back here in Vermont I have placed many request asking Staff here for Native American Services. William Collins would answer some request and others he would not answer, so I do not have paper trail.

There has been no Services for Native American Indians since I have been back in Vermont.

In Poly 380.01 States that smudging shall take place once a week 20 feet from Building. Also Poly 380.01 State's that Pipe ceremony shall happen once a month. (see Religious Service Guide Pg. 34 of 46)

On Aug. 11, 2024 I placed a request to order a "Personal Prayer Pipe" after consulting with Chief Gagne of the Missisquoi Abenaki. It was stated that a 9" pipe would be "Safe" for Corrections.

On Aug. 23rd, 2024 Amy Jacobs approved this Personal Prayer Pipe.

Amy Jacobs States in Comments:

"This is to be in your possession only, in your cell, unless being used for ceremony purposes approved in advance by

Superintendent or designee."

On Sept. 3rd, 2024 The Pipe was delivered to the facility. The Pipe remains in the Department's exclusive and uninterrupted control and possession. (see Motion to Enforce and Affidavit Docket No: 21-cv-00604).

I have requested many times to view and use this Sacred Object and Amy Jacobs, Byron Burdick, William Collins, and John Does deny each and every request or do not answer request. (This is a clear violation of 42 U.S.C.S. § 1996 and 1st and 14th Amendment of U.S. constitution.)

Amy Jacobs, Byron Burdick, William Collins, and some John Does refuse me to inspect the pipe. I Spirit Cougar am concerned about the pipe. This has been spiritual and mental angst.

Staff here have stated that I am not Native American but "white". Some even have broke Sacred objects. (John Does)

III Relief

Plaintiff seeks injunctive relief and damages $3,000,000.00

IIII Therefore ~~Ratten~~ Spirit Cougar prays

this honorable Court grant this amended Complaint and Order VT. Dept. of Corr. to Pay Spirit Cougar Court fees and $3,000,000.00 in damages of Spiritual and mental angst.

Signed this 16th day of Jan. in the year 2025.

Joseph Spirit Cougar Lampman
Joseph Spirit Cougar Lampman