1

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2025 NOV 17 AM 10:04
CLERK
BY AL
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

AFFIDAVIT

In support of the civil Action filed in this case, subject to the penalties for perjury, I state the following Facts, which are true to the best of my Knowledge and belief:

I Joseph Spirit Cougar Lampman am a direct decendent and citizen of the Missisquoi, St. Francis-Sokoki band of Alnôba (Abenaki) Native American Indian people here in Vermont. The Lampman Family is Traditional in the Sacred Alnôba way of life.
I came back here to Vermont from Mississippi in Oct. on the 29th day of 2019.
While I was placed in facitities out-of-State I was able to practice my Traditional beliefs without interference.
Once I came back and was placed in Northern State Correctional Facility I started having several issues. I would place request into William Collins Volunteer Services Coordinator for Smudge ceremonies and Pipe Ceremonies. When he would denied these Services covered under Policies 380.01

and 376 I would place a request to either Asst. Superintendent Byron Burdick or to Superintendent Amy Jacobs.

I Joseph Spirit Cougar Lampman have requested sacred objects before and during the time of COVID-19. Each and every request was denied violating 28 V.S.A. § 803, Vt. Const. Ch. I, Art. 3. & U.S. Const. 1st Amendment

It is very Sacred to me and All Alnôbak (Abenakis) to be able to talk with Creator - Tabaldak through the Sacred Prayer Pipe. I belief/believe that the Sacred Pipe is our Alter and carries our prayer to Tabaldak (Creator). Without the Sacred Pipe Tabaldak and the Alnôbak are not able to communicate. To take away the Sacred Prayer Pipe is like taken Jesus Christ from the Christian. Without Christ the Christian cannot communicate with God (Creator) because God does not hear sinners. It is the same with the Sacred Prayer Pipe. Without the Pipe Tabaldak cannot hear the Alnôbak.

On June 9, 2022 Joseph Spirit Cougar Lampman and the Department of Corrections mediated a State case with Friz Langrock as

mediator via Zoom. In this agreement there are several violation of this agreement by the Department of Corrections.

I currently do not have beads for adorning medicine bag. I currently cannot wear my Animal bone choker. I currently do not have a hand drum. My wife made a hand drum with Chief Gagne. William Collins the Volunteer Services Coordinator would not let the Drum in the facility.

I do not have a Prayer Pipe even after Amy Jacobs Superintendent Approved this Pipe in Aug of 24.

Due to this deprivation of my First Amendment rights my emotions have caused me to pick up a Major A3 Disciplinary Report which I believe should be taken off my record because while I was out of State I never received any Disciplinary Reports.

Since filing the Civil Action in this honorable Court I still continue to face the same very issues in North West State Correctional Facility in Swanton, Vermont.

I have placed request Forms to the Volunteer Services Coordinator Julie Dickie, Asst. Superintendent Lori Madden stating

that I have an agreement with the Department of Corrections. I even have stated that I will Amend the Complaint in this honorable Court. They seem to just disregard any or everything that I file with them.

In my Civil Action I seek $6,000,000.00 and all Sacred Objects requested, to include all assetts if Defendants cannot pay for the damages.

x [signature]
Date 11-15-25

Notary Public x ______________________
Date